No. 5155.—The American Railroad Co. of Porto Rico, aplda., v. Comisión de Indemnizaciones a Obreros, deman-

dada, y AYENDE, aplte.—C. D. San Juan. ▮▮▮▮▮▮ Dic. 17, 1929.

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.)

Con lugar la moción de desestimación por falta de instancia.